# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DEXTER RAY KING,

Petitioner,

Case No. 6:25-cr-00288-RBD-DCI

v.

WARDEN Seminole County Jail
211 Eslinger Way, Sanford, FL 32773

Respondent.

Seminole County Jail
211 Eslinger Way, Sanford, FL 32773

## EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS

## UNDER 28 U.S.C. § 2241

Petitioner Dexter Ray King, currently confined at Seminole County Jail, respectfully petitions this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and states as follows:

### I. JURISDICTION

1. This Court has jurisdiction under 28 U.S.C. § 2241(c)(3).

2. Petitioner is in federal custody within this District.

3. This petition challenges the lawfulness of pretrial detention and restraint in violation of the Constitution.

### II. CUSTODY STATUS

4. Petitioner is currently detained at <u>Seminole County Jail, 211 Eslinger Way, Sanford, FL 32773</u>.

5. Custody is based on United States v. King, Case No. 6:25-cr-00288-RBD-DCI.

6. Detention is unlawful because it is predicated upon constitutionally defective process.

## III. GROUNDS FOR RELIEF

GROUND ONE — LACK OF JURISDICTION (ARTICLE III VIOLATION)

7. The prosecution relied on subpoenas issued without any identifiable Article III judicial authorization.

8. Clerk-signed subpoenas issued absent judicial findings violate Article III and separation of powers.

9. Jurisdiction founded on void process is itself void.

## GROUND TWO — DUE PROCESS VIOLATIONS

10. Exculpatory and material evidence was disclosed late, incomplete, and without adequate time to prepare.

11. This violates Brady v. Maryland, Giglio v. United States, and the Fifth Amendment.

12. Continued detention under these conditions is unconstitutional.

## GROUND THREE — STATUTE OF LIMITATIONS

13. The charged conduct falls outside the limitations period under 18 U.S.C. § 3282(a).

14. Detention pursuant to a time-barred prosecution violates due process.

### GROUND FOUR — IRREPARABLE CONSTITUTIONAL HARM

15. Continued custody compounds violations that cannot be remedied after trial.

16. Habeas relief is necessary to prevent irreparable injury.

## IV. RELIEF REQUESTED

Petitioner respectfully requests that this Court:

A. Issue the writ of habeas corpus;

B. Order Petitioner's immediate release from custody;

C. Stay or dismiss the underlying criminal proceedings;

D. Grant any further relief the Court deems just.

Respectfully submitted,

/s/ Dexter Ray King

Dexter Ray King

Petitioner, Pro Se

dexterking2012@gmail.com

Date: 01/20/2026

## CERTIFICATE OF SERVICE

I certify that a copy of this petition was served on: 1/20/2026

United States Attorney

Middle District of Florida

401 W. Central Blvd.

Orlando, FL 32801

Seminole County Jail

Warden, 211 Eslinger Way, Sanford, FL 32773

Dexter King

# Audit trail

## Details

| | |
|---|---|
| **FILE NAME** | EMERGENCY PETITION FOR WRIT OF HABEAS CORPUS - 12/17/25, 3:41 AM |
| **STATUS** | ● Signed |
| **STATUS TIMESTAMP** | 2025/12/17 08:42:33 UTC |

## Activity

| | | |
|---|---|---|
| **SENT** | dexterking2012@gmail.com sent a signature request to:<br>• Dexter king (dexterking2012@gmail.com) | 2025/12/17 08:41:53 UTC |
| **SIGNED** | **Signed** by Dexter king (dexterking2012@gmail.com) | 2025/12/17 08:42:33 UTC |
| **COMPLETED** | This document has been signed by all signers and is **complete** | 2025/12/17 08:42:33 UTC |

The email address indicated above for each signer may be associated with a Google account, and may either be the primary email address or secondary email address associated with that account.




**USPS FIRST-CLASS MAIL®**

US POSTAGE IMI 975760124133629   2000392264
$7.20
SSK
FCM
01/24/26  Mailed from 32257   028W2311555

DEXTER R KING
UNIT 350
1070 MONTGOMERY RD
ALTAMONTE SPRINGS FL 32714

1.30 oz
RDC 99

SHIP TO:

MIDDLE DISTRICT OF FLORIDA ORLANDO
401 W CENTRAL BLVD
ORLANDO FL 32801

**USPS CERTIFIED MAIL®**



9507 1067 1131 6024 1922 18



